Clayeo C. Arnold, SBN 65070
JOSHUA H. WATSON, SBN 238058
CLAYEO C. ARNOLD, APC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

*Attorneys for Plaintiff*
*Melissa Perkins*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PERKINS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KLEINS CABINET AND COUNTERTOPS, and SCOTT SNYDER,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01427-WBS-DMC<br><br>ORDER ON PLAINTIFF'S REQUEST TO DISMISS COUNT 8 WITHOUT PREJUDICE DUE TO LACK OF SUBJECT MATTER JURISDICTION |

　　　Pursuant to Rule 41(a), the Court grants Plaintiff's request to dismiss Count 8 of the Complaint without prejudice.

　　　IT IS SO ORDERED.

Dated: July 17, 2020

　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE