Joshua H. Watson (State Bar No. 238058)
CLAYEO C. ARNOLD, APLC
865 Howe Avenue
Sacramento, CA 95825
Telephone:    (916) 777-7777
Facsimile:    (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiff
*Melissa Perkins*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MELISSA PERKINS,<br><br>          Plaintiff,<br><br>vs.<br><br>KLEINS CABINET AND COUNTERTOPS, and SCOTT SNYDER,<br><br>          Defendants. | Case No.: 2:20-cv-01427-WBS-DMC<br><br>ORDER ON STIPULATED REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIVE PAPERS |
|---|---|

    The court, having reviewed the stipulated request of the parties to continue the deadline to file dispositive papers or a joint status report in this matter, grants the stipulated request.  The parties shall file dispositive papers or a joint status report by **February 28, 2022**.  The Status Conference is continued to **March 14, 2022 at 1:30 p.m**., to be automatically vacated upon the court's receipt of the parties' stipulated dismissal.

IT IS SO ORDERED.

Dated:  January 27, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
ORDER ON STIPULATED REQUEST TO CONTINUE DEADLINE