Joshua H. Watson (State Bar No. 238058)
CLAYEO C. ARNOLD, APLC
865 Howe Avenue
Sacramento, CA 95825
Telephone:    (916) 777-7777
Facsimile:    (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiff
*Melissa Perkins*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MELISSA PERKINS,<br><br>                    Plaintiff,<br><br>vs.<br><br>KLEINS CABINET AND COUNTERTOPS, and SCOTT SNYDER,<br><br>                    Defendants. | Case No.: 2:20-cv-01427-WBS-DMC<br><br>ORDER ON STIPULATED REQUEST TO DISMISS PURUSANT TO RULE 41 |
|---|---|

   The Court, having reviewed the stipulated request of the parties to continue the approve settlement and dismiss this matter, finding good cause, grants the stipulated request and orders as follows:

   (1) The Court approves settlement of this matter;

   (2) Defendant shall pay the settlement funds within 30 days of its order dismissing this matter, pursuant to the settlement agreement;

   (3) This matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  February 17, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE